FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 2 6 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 23-1165 KWR |
| vs. | ) 18 U.S.C. §§ 1153, 2242(2), and |
| | ) 2246(2)(A): Sexual Abuse. |
| **DWAYNE A. CALVERT**, | ) |
| Defendant. | ) |

### INDICTMENT

The Grand Jury charges:

On or about July 2, 2022, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **DWAYNE A. CALVERT**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe, and the sexual act consisted of contact between the defendant's penis and Jane Doe's vulva, while Jane Doe was incapable of appraising the nature of the conduct and physically incapable of declining participation in, and communicating unwillingness to engage in, the sexual act.

In violation of 18 U.S.C. §§ 1153, 2242(2), and 2246(2)(A).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_[signature]_
Assistant United States Attorney

ecd